IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **POLYINDEX, LLC,** | § § | FILED VIA ECF |
| Plaintiff, | § § | |
| —against— | § § | Action No. H-4:22-cv-00128 |
| | § | Hon. David Hittner, U.S.D.J. |
| **EULER HERMES NORTH AMERICA INSURANCE COMPANY,** | § § § | Hon. Peter Bray, U.S.M.J. |
| | § | Submission Day: |
| Defendant. | § | December 20, 2022 |

**DEFENDANT/COUNTERCLAIMANT EULER HERMES NORTH AMERICA INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT AND FOR DEFAULT JUDGMENT ON ITS COUNTERCLAIM**

Defendant/counterclaimant Euler Hermes North America Insurance Company ("Euler") (an insurer), by its undersigned attorneys, files this motion pursuant to Fed. R. Civ. P. 56, LR7 of the Local Rules of the United States District Court for the Southern District of Texas and Item 6 of the Procedures of Judge David Hittner, and shows why summary judgment should be granted dismissing the Original Petition with prejudice and declaring the absence of coverage for the claims of plaintiff Polyindex, LLC ("Polyindex") (an insured) because the subject credit insurance policy unambiguously does not cover claims that are based on transactions with someone other than an actual credit-approved "***Buyer***" designated under the policy, to which no goods were "***Supplied***," nor does it insure

against fraud. Here, it is beyond dispute that Polyindex's transactions were with someone, a fraudster, *impersonating* a would-be **Buyer**, using a counterfeit purchase order, to which Polyindex sent goods (industrial resin) to Kenya that disappeared. While Polyindex may have been defrauded, neither the **Policy**, nor credit insurance generally, insures against fraud or transactions with someone other than a credit-approved entity. And because Polyindex's "contractual" (policy-based) coverage claims fail, so do its "extra-contractual" claims, which lack an independent basis for liability.

Euler also applies, alternatively, pursuant to Fed. R. Civ. P. 55 and (b)(2) thereof for a default judgment as to its counterclaim (ECF No. 2) on the grounds that Polyindex has failed to plead or otherwise defend against it, which failure is shown by affidavit or otherwise, whereby Euler is entitled to a judgment by default on its counterclaims seeking declaratory relief.

Supporting papers to motion:

o   The subject credit insurance policy ("Corporate Advantage Policy" No. 5127814 comprising declarations, Policy Form No. GTC-001-US-EN V.1 (8/16), Endorsements and Application) annexed as Exhibit A to the Counterclaim;

o   Declaration of Jasmine Smith-Westry dated November 30, 2022 and Exhibits A through H thereto;

o   Declaration of Andrew P. Saulitis dated November 30, 2022 and Exhibit I thereto;

o   Statement of Undisputed Facts dated November 30, 2022 pursuant to Fed. R. Civ. P. 56(c)(1);

o   Memorandum of Law dated November 30, 2022;

o   Proposed order granting the relief requested.

**Plaintiff is hereby placed on notice that failure to present evidence of the elements of each of its claims could be grounds for summary judgment**.

Dated: November 30, 2022

                                        /s/ Andrew P. Saulitis
                                        Andrew P. Saulitis
                                        NY Bar No. 1702950
                                        Attorney-in-Charge
                                        (*pro hac vice*)
                                        HALPERIN BATTAGLIA BENZIJA, LLP
                                        40 Wall Street –37th Floor
                                        New York, New York 10005
                                        (212) 765-9100
                                        (917) 202-4400 (mobile)
                                        Fax: (212) 765-0964
                                        apslaw@msn.com

                                        Neal W. Cohen
                                        NY Bar No. 2720191
                                        (*pro hac vice*)
                                        HALPERIN BATTAGLIA BENZIJA, LLP
                                        40 Wall Street –37th Floor
                                        New York, New York 10005
                                        (212) 765-9100
                                        Fax: (212) 765-0964
                                        ncohen@halperinlaw.net

                                        James Craig Orr, Jr.
                                        Texas Bar No. 15313550
                                        jim@hop-law.com
                                        HEYGOOD ORR & PEARSON
                                        6363 North State Highway 161
                                        Suite 450
                                        Irving, Texas 75038

(214) 237-9001
Fax: (214) 237-9002

*Attorneys for Defendant/Counterclaimant Euler Hermes North America Insurance Company*

VIA ECF TO:

Chadrick S. Henderson, Esq.
Texas Bar No. 00797854
(*pro hac vice* application pending)
HENDERSON LAW GROUP, PLLC
POB 88323
Houston, Texas 77288
2646 S. Loop W. Suite # 380
Houston, Texas 77054
(832) 209-1441
Fax (832) 209-1380
chadhendersonlaw@yahoo.com

*Attorney for Plaintiff Polyindex, LLC*

COURTESY COPIES OF MOVING PAPERS TO:

Chambers of
Hon. David Hittner, U.S.D.J.
United States Courthouse
515 Rusk Street, Room 8509
Houston, Texas 77002
(713) 250-5711